IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:25cr46 |
| | ) | |
| TRE'KWANE CARLOS BELL | ) | |
| Defendant. | ) | |

### AFFIDAVIT

I, Ashley Walker, do hereby state, under oath and subject to the penalties of perjury, the following:

1. I am a 32-year-old resident of Newport News, Virginia.

2. In the period during and around April 10, 2025, I was the registered owner of a 2010 white Lexus LS460 sedan bearing Virginia tags TXK-1474. My mother was also listed with me as a registered owner.

3. On April 10, 2025, Tre'Kwane Bell had my permission to drive my Lexus sedan. He did not steal the vehicle from me or otherwise take it without my permission.

I affirm, under penalty of perjury, that the foregoing statements are true and correct.

Date: 9/15/25

Signature: _Ashley Walker_

Printed Name: _Ashley WAlKER_

[The remainder of this page is intentionally left blank]

**EXHIBIT**

Def 1