# SEARCH WARRANT

Commonwealth of Virginia          VA. CODE §§ 19.2-56, 19.2-57

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth to forthwith search the following place, person or thing:

Unknown model iPhone, White in color in case, unknown IMEI, which is currently being stored at the Hampton Police Division, 40 Lincoln Street, Hampton, Virginia 23669 as item #1 under property tag # 10671-25.

............................................................................................. for the following property, objects and/or persons:

Call logs, contact lists and phone numbers, digital images, audio and video files, text messages, data files, location data, internal electronic storage devices and any external/removable storage devices such as memory cards or memory sticks to include the content of such devices as described above.

[ ] This SEARCH WARRANT authorizes a search of a place of abode which may be executed by initial entry of the abode
  [ ] only in the daytime hours between 8:00 a.m. and 5:00 p.m., unless prior to the issuance of this SEARCH WARRANT, law-enforcement officers lawfully entered and secured the place to be searched and remained at such place continuously OR
  [ ] at any time for good cause shown.

  As this SEARCH WARRANT authorizes a search of a place of abode, you are required to be recognizable and identifiable as a uniformed law-enforcement officer and to provide audible notice of your authority and purpose reasonably designed to be heard by the occupants of the place to be searched prior to the execution of this SEARCH WARRANT.

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before the Hampton ........................................ Circuit Court an inventory of all property, persons, and/or objects seized.

This SEARCH WARRANT is issued in relation to [✓] an offense substantially described as follows:
[ ] a person to be arrested for whom a warrant or process for arrest has been issued identified as follows:

Distribution or possession with intent to sell, give or distribute Marijuana, 18.2-248, in Violation of the Code of Virginia.

I, the undersigned, have found probable cause to believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime, or that the person to be arrested for whom a warrant or process for arrest has been issued is located at the place to be searched, and further that the search should be made, based on the statements in the attached affidavit sworn to by

4/23/25   12:35 pm
DATE AND TIME

Detective Logan Beasley / 402
NAME OF AFFIANT

[ ] CLERK  [✓] MAGISTRATE  [ ] JUDGE

FORM DC-339 (MASTER, PAGE ONE OF TWO) 03/21

FILE NO.
SW#G50LM250000697

SEARCH WARRANT

COMMONWEALTH OF VIRGINIA

v./In re

iPhone, Unknown model, white

Unknown IMEI

**EXHIBIT**

**Def 2**

PROD001_00000061

## SEARCH INVENTORY AND RETURN

The following items, and no others, were seized under authority of this WARRANT:

1. Digital Data (pending)
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.

The statement above is true and accurate to the best of my knowledge and belief.

4/23/2025
DATE

_____ EXECUTING OFFICER

Subscribed and sworn before me this day

April 23, 2025
DATE

[X] CLERK  [ ] MAGISTRATE  [ ] JUDGE

FOR NOTARY PUBLIC'S USE ONLY:

State of ........................... [ ] City  [ ] County of ...........................

Acknowledged, subscribed and sworn to before me this ........... day of ........................... , 20 ...........

_____
NOTARY REGISTRATION NUMBER

_____
NOTARY PUBLIC
(My commission expires: ........................... )

### EXECUTION

Executed by searching the within described place, person or thing.

4-23-2025    1253
DATE AND TIME EXECUTED

L. Beasley /402
EXECUTING OFFICER

Certified to ...........................

Circuit Court on ...........................
DATE

_____
EXECUTING OFFICER

Received  [ ]  in person  [ ]  by certified mail
[ ]  by electronically transmitted facsimile

on April 23, 2025
DATE

by: _____
CLERK OF CIRCUIT COURT

I certify that the document to which this authentication is affixed is a true copy of an original record in the Hampton Circuit Court, that I have the custody of the record and I am the custodian of that record, Linda Batchelor Smith, Clerk

By _____
Deputy Clerk

FORM DC-339 (MASTER, PAGE TWO OF TWO) 01/09

PROD001_00000062

# AFFIDAVIT FOR SEARCH WARRANT

Commonwealth of Virginia          VA. CODE § 19.2-54

The undersigned Applicant states under oath:

1. A search is requested in relation to [X] an offense substantially described as follows:
   [ ] a person to be arrested for whom a warrant or process for arrest has been issued identified as follows:

   Distribution or possession with intent to sell, give or distribute Marijuana, 18.2-248, in Violation of the Code of Virginia.

   [ ] CONTINUED ON ATTACHED SHEET

2. The place, person or thing to be searched is described as follows [ ] and is a place of abode:

   Unknown model iPhone, White in color in case, unknown IMEI, which is currently being stored at the Hampton Police Division, 40 Lincoln Street, Hampton, Virginia 23669 as item #1 under property tag # 10671-25.

   [ ] CONTINUED ON ATTACHED SHEET

3. The things or persons to be searched for are described as follows:

   Call logs, contact lists and phone numbers, digital images, audio and video files, text messages, data files, location data, internal electronic storage devices and any external/removable storage devices such as memory cards or memory sticks to include the content of such devices as described above.

   [ ] CONTINUED ON ATTACHED SHEET

(OVER)

FORM DC-338 (MASTER, PAGE ONE OF TWO) 03/21 (EMERGENCY ENACTMENT)

---

**FILE NO.**

### AFFIDAVIT FOR SEARCH WARRANT

**APPLICANT:**

Logan Beasley

NAME

Detective

TITLE (IF ANY)

40 Lincoln St

ADDRESS

Hampton VA 23559

---

Certified to Clerk of

............................................................ Circuit Court
CITY OR COUNTY

on ............................................
DATE

..................................    ..................................
TITLE                   SIGNATURE

---

Original Delivered [ ] in person   [ ] by certified mail
                    [ ] by electronically transmitted facsimile
                    [ ] by use of filing/security procedures
                        defined in the Uniform Electronic
                        Transactions Act

to Clerk of ........................................ Circuit Court
           CITY OR COUNTY WHERE EXECUTED

on ............................................
DATE

..................................    ..................................
TITLE                   SIGNATURE

PROD001_00000063

4.  The material facts constituting probable cause that the search should be made are:
    See attachment A.

5.  The object, thing or person to be searched for [✓] constitutes evidence of the commission of such offense [ ] is the person to be arrested for whom a warrant or process for arrest has been issued.

6.  [ ] Authorization to execute a search warrant of a place of abode other than in the daytime hours between 8:00 a.m. and 5:00 p.m. is requested. The material facts constituting good cause for such authorization are:

        [ ] Reasonable efforts were made to locate a judge, and a judge is not available, before seeking authorization from a magistrate to execute a search warrant other than in the daytime hours between 8:00 a.m. and 5:00 p.m., with those reasonable efforts being as follows:

    OR [ ] Reasonable efforts were <u>not</u> made to locate a judge as the following circumstances require the issuance of the search warrant after 5:00 p.m.:

7.  [✓] I have personal knowledge of the facts set forth in this affidavit AND/OR
    [ ] I was advised of the facts set forth in this affidavit, in whole or in part, by one or more other person(s). The credibility of the person(s) providing this information to me and/or the reliability of the information provided may be determined from the following facts:
    Detective L. Beasley has been a sworn police officer with the City of Hampton for over 3 years and is currently assigned to the Special investigations unit.

The statements above are true and accurate to the best of my knowledge and belief.

_____
            Detective
        TITLE OF APPLICANT

Subscribed and sworn to before me this day.
    4|23|25    12:31 pm
        DATE AND TIME

2025 APR 23 PM 1:20

FILED

                                    Logan Beasley
                                    APPLICANT

[ ] CLERK    [✓] MAGISTRATE    [✓] JUDGE

FORM DC-338 (MASTER, PAGE TWO OF TWO) 03/21 (EMERGENCY ENACTMENT)

PROD001_00000064

# Attachment A

On 04/10/2025, Det. Beasley was riding with Virginia State Trooper N. Thompson as apart of a Bold Blue Line Operation. At approximately 1504 hours, Beasley and Thompson attempted a traffic stop on a 2010 white Lexus sedan bearing VA tags TXK1474 at the intersection of W. Mercury Blvd & Powerplant Pkwy. The traffic stop was a result of the same vehicle fleeing from a traffic stop attempted by Thompson and Beasley on 04/09/2025 for failing to maintain lane at the intersection of Todds Ln and Aberdeen Rd. Once the traffic stop was initiated with emergency equipment (lights and sirens), the suspect vehicle fled at a high rate of speed while driving recklessly during heavy traffic. The suspect vehicle ultimately struck another vehicle in transit at the intersection of W. Mercury Blvd & Big Bethel Rd. A high-risk stop was conducted on the vehicle where the driver who was later identified as a Mr. Trekwane Bell, was taken into custody. Upon completing a search of the suspect vehicle, the following items were located: Brown back-pack in the front passenger seat containing 41 plastic bags containing suspected marijuana packaged for distribution along with additional empty plastic bags for packaging materials, a loaded handgun magazine, digital scale and a Glock 30 .45 caliber semi-auto handgun (loaded) with and extended magazine in the trunk. Additionally, a white in color Apple iPhone was taken as evidence after Mr. Bell was seen using this device prior to being taken into custody.

Mr. Bell was ultimately charged with the following offenses: 2 counts of Reckless Driving, Felony Evade and elude, Felony Hit & Run, Possession with the intent to distribute Marijuana, Possession of a firearm by a convicted felon and Possession of ammunition by a convicted felon.

Through this affiant's training and experience, individuals involved in the manufacturing, purchasing and or distribution of illegal narcotics communicate through phone calls, emails, text messaging, and other social media apps to negotiate prices and quantities of such illegal narcotics. Photographs of narcotics are also used to advertise the type, quantity and quality of narcotics advertised for sale. Individuals also frequently use vehicles as a means of transporting illegal narcotics to and from transaction locations, often using a single driver that has a valid license in order to prevent law enforcement contacts. A search warrant is requested to search the phone as described, unknown model iPhone, white in color in case, unknown IMEI, which is currently being stored at the Hampton Police Division, 40 Lincoln Street, Hampton, Virginia 23669 as item #1 under property tag # 10671-25 which may provide evidence associated with the distribution of marijuana.

A BATCHELOR SMITH, CLERK
CIRCUIT COURT CLERKS OFFICE
CITY OF HAMPTON
VA HAMPTON VA

2025 APR 23 PM 1:20

FILED